No. 91–6241. SMITH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6245. JOHNSON *v.* PETERSON. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 91–6249. SMITH *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

· No. 91–6250. SPRY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–6252. AZIZ *v.* MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6256. JONES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–6257. FULLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6258. HILL *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–6259. HOWELL *v.* ROBERDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6260. GRAHAM *v.* HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6269. BETHEL *v.* KERBY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–6270. DIAZ *v.* SUPREME COURT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–6271. CZAJKA *v.* CASPARI ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6272. PRESSLER *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. Ct. App. N. Y. Certiorari denied.

No. 91–6274. MASON *v.* GROOSE, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.